1  JEFF D. KAHANE (SBN: 223329)
   DUANE MORRIS LLP
2  865 S. Figueroa Street, Suite 3100
   Los Angeles, CA 90017-5450
3  Telephone: 213.689.7400
   Facsimile: 213.689.7401
4  Email: JKahane@duanemorris.com

5  Attorneys for Holdco Advisors L.P., as manager

8              UNITED STATES BANKRUPTCY COURT

9              THE CENTRAL DISTRICT OF CALIFORNIA

10                     RIVERSIDE DIVISION

11 In re                          | Case No. 6:09-bk-15570-CB

12 1st CENTENNIAL BANCORP, fdba   | Honorable Catherine E. Bauer
   CENTENNIAL FIRST FINANCIAL
13 SERVICES,                      | Chapter 7

14          Debtor.

15                                 | **NOTICE OF APPEARANCE AND**
                                     **REQUEST FOR SPECIAL NOTICE**

---

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

DM3\1875633.1

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), the undersigned hereby appear in the above-referenced case as counsel for Holdco Advisors L.P., as manager for Tricadia CDO Management, LLC, Financials Restructuring Partners, Ltd., Financials Restructuring Partners II, Ltd., and Tricadia Financials Restructuring Partners, Ltd. (One or more of the managed entities referenced in the preceding sentence holds a claim in this case, and Holdco Advisors L.P. is appearing only for such entity or entities that hold or holds a claim in this case. Holdco Advisors L.P. does not appear or participate in this case, nor does it consent to this Court's jurisdiction, on behalf of any entity or entities that does not or do not hold a claim in this case.) The undersigned requests notice of all matters, papers, and pleadings filed in the above entitled case which require notice to creditors, any creditors' committee, and any other party-in-interest pursuant to Section 342 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 or any other rule of bankruptcy procedure, or any order of this court, whether sent by the Court, the debtor, the United States Trustee or any other party-in-interest in this case, be sent to the undersigned pursuant to Rule 2002(g), and that the following be added to the Court's master mailing list:

JEFF D. KAHANE
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401
Email: JKahane@duanemorris.com

1  JEFFREY D. STERNKLAR (*Pro Hac Vice* to be filed)
   DUANE MORRIS LLP
2  470 Atlantic Avenue, Suite 500
3  Boston, MA  02210-2243
   Telephone: 857.488.4200
4  Facsimile: 857.488.4201
   Email:  JDSternklar@duanemorris.com
5

6  Dated: August 24, 2011                    DUANE MORRIS LLP

7

8                                            By:    /s/ Jeff D. Kahane
                                                    Jeff D. Kahane
9
                                             Counsel for Holdco Advisors L.P., as
10                                           manager

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
DM3\1875633.1                              3

| In re:<br>1ST CENTENNIAL BANKCORP, fdba CENTENNIAL FIRST FINANCIAL SERVICES<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 6:09-bk-15570-CB |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 24, 2011 | Greta Clark | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br>1ST CENTENNIAL BANKCORP, fdba CENTENNIAL FIRST FINANCIAL SERVICES<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 6:09-bk-15570-CB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 865 S. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. 90071-2065.

A true and correct copy of the foregoing document described NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 24, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Arturo Cisneros (TR)   amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
- Rika Kido   rkido@shbllp.com
- Adam A Lewis   alewis@mofo.com
- Christopher O Rivas   crivas@reedsmith.com
- Mark C Schnitzer   mschnitzer@rhlaw.com, mschnitzer@verizon.net
- Leonard M Shulman   lshulman@shbllp.com
- United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
- Joshua D Wayser   joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com

☐ Service information continued on attached page

II. **SERVED BY (U.S. MAIL) OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>August 24, 2011</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Wayne W Call
Call & Jensen
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Robert S Cooper
Law Offices of Robert S Cooper
3655 Torrance Blvd Ste 300
Torrance, CA 90503

Donald T Fife
Hahn Fife & Company, LLP
790 E Colorado Blvd, 9th Fl
Pasadena, CA 91101

Randall A Miller
Miller LLP
515 S Flower St Ste 2150
Los Angeles, CA 90071

Leonard M Shulman
Shulman Hodges & Bastian LLP
26632 Towne Centre, Suite 300
Foothill Ranch, CA 92610-2808

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1