**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re: 1ST CENTENNIAL BANCORP              §       Case No. 6 :09-15570 MH
                                           §
                                           §
                                           §
             Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Larry D. Simons, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00<br>*(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $11,087,253.76 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration: $1,170,590.33 | |

3) Total gross receipts of $12,257,844.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,257,844.09 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,170,066.32 | $1,170,590.33 | $1,170,590.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,373.82 | $2,373.82 | $2,373.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $12,000,000.00 | $15,350,133.54 | $18,849,730.79 | $11,084,879.94 |
| **TOTAL DISBURSEMENTS** | $12,000,000.00 | $16,522,573.68 | $20,022,694.94 | $12,257,844.09 |

4) This case was originally filed under chapter 7 on 03/25/2009. The case was pending for 104 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   11/16/2017          By: /s/ Larry D. Simons

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTERESTS IN INSURANCE POLICIES | 1290-000 | $3,267.24 |
| TAX REFUNDS | 1124-000 | $11,735,617.14 |
| Checking account at First California Bank (formerly 1st Centennial Bank) | 1129-000 | $518,959.71 |
| **TOTAL GROSS RECEIPTS** | | **$12,257,844.09** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Larry D. Simons | 2100-000 | NA | $216,897.30 | $216,897.30 | $216,897.30 |
| Trustee, Fees - Arturo Cisneros | 2100-000 | NA | $174,374.00 | $174,088.02 | $174,088.02 |
| Trustee, Expenses - Larry D. Simons | 2200-000 | NA | $495.00 | $495.00 | $495.00 |
| Trustee, Expenses - Arturo Cisneros | 2200-000 | NA | $387.64 | $387.64 | $387.64 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $31,163.18 | $31,973.17 | $31,973.17 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $49,726.07 | $49,726.07 | $49,726.07 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| Other Chapter 7 Administrative Expenses - Franchise Tax Board | 2990-000 | NA | $8,199.31 | $8,199.31 | $8,199.31 |
| Attorney for Trustee Fees (Other Firm) - Shulman Hodges & Bastian LLP | 3210-000 | NA | $244,883.00 | $244,883.00 | $244,883.00 |
| Special Counsel for Trustee Fees - Parker Mills LLP | 3210-600 | NA | $17,950.00 | $17,950.00 | $17,950.00 |
| Special Counsel for Trustee Fees - Jones Day | 3210-600 | NA | $285,000.00 | $285,000.00 | $285,000.00 |
| Attorney for Trustee Expenses (Other Firm) - Shulman Hodges & Bastian LLP | 3220-000 | NA | $2,464.66 | $2,464.66 | $2,464.66 |
| Special Counsel for Trustee Expenses - Jones Day | 3220-610 | NA | $3,897.76 | $3,897.76 | $3,897.76 |
| Accountant for Trustee Fees (Other Firm) - Donald T. Fife | 3410-000 | NA | $97,137.50 | $97,137.50 | $97,137.50 |
| Accountant for Trustee Fees (Other Firm) - Hahn Fife & Company, LLP | 3410-000 | NA | $34,481.50 | $34,481.50 | $34,481.50 |
| Accountant for Trustee Expenses (Other Firm) - Donald T. Fife | 3420-000 | NA | $780.60 | $780.60 | $780.60 |
| Accountant for Trustee Expenses (Other Firm) - Hahn Fife & Company, LLP | 3420-000 | NA | $628.80 | $628.80 | $628.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,170,066.32** | **$1,170,590.33** | **$1,170,590.33** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FDIC Receiver for First Centennial Bank | 5900-000 | NA | $720.80 | $720.80 | $720.80 |
| 4 | Franchise Tax Board | 5800-000 | NA | $1,653.02 | $1,653.02 | $1,653.02 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,373.82** | **$2,373.82** | **$2,373.82** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LA County Treasurer and Tax Collector | 7100-000 | NA | $2,008.26 | $2,008.26 | $499.66 |
| 2 | Wells Fargo Bank, National Association C/O Potter Anderson & Corroon, LLP | 7100-000 | $7,000,000.00 | $7,229,651.82 | $7,229,651.82 | $1,798,757.14 |
| 3 | Daniel M Crotweel | 7200-000 | NA | $13,500.00 | $0.00 | $0.00 |
| 4-U | FRANCHISE TAX BOARD | 7100-000 | NA | $44.00 | $44.00 | $10.95 |
| 5 | FDIC | 7200-000 | NA | $0.00 | $8,513,097.25 | $8,513,097.25 |
| 7 | US Bank National Assoc Attn James h Byrnes | 7100-000 | NA | $3,104,929.46 | $3,104,929.46 | $772,514.94 |
| 8 | Financials Restructing Partners III Ltd c/o HoldCo Advisors LP | 7100-000 | $5,000,000.00 | $5,000,000.00 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$12,000,000.00** | **$15,350,133.54** | **$18,849,730.79** | **$11,084,879.94** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

Case No.:   6 :09-15570 MH

Case Name:   1ST CENTENNIAL BANCORP

For Period Ending:   11/16/2017

Trustee Name:   (001390) Larry D. Simons

Date Filed (f) or Converted (c):   03/25/2009 (f)

§ 341(a) Meeting Date:   04/28/2009

Claims Bar Date:   08/03/2009

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account at First California Bank (formerly 1st Centennial Bank) | 612,185.92 | 612,185.92 | | 518,959.71 | FA |
| 2 | Director and Officer liability insurance policy | Unknown | 0.00 | | 0.00 | FA |
| 3 | 100% of the shares of 1st Centennial Bank | Unknown | 0.00 | | 0.00 | FA |
| 4 | 3.0068% of Centennial Capital Trust II | Unknown | 0.00 | | 0.00 | FA |
| 5 | 3.0068% of Centennial Capital Trust III | Unknown | 0.00 | | 0.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES (u)<br>Travelers - related to debtors ICBA Membership & Property and Casualty Policies | Unknown | Unknown | | 3,267.24 | FA |
| 7 | TAX REFUNDS<br>Funds held in separate bank account (Chase) | Unknown | Unknown | | 11,735,617.14 | FA |
| 8 | INTEREST EARNED ON TAX REFUND (u)<br>Funds held in separate bank account (Chase) | Unknown | Unknown | | 0.00 | FA |
| 8 | **Assets       Totals**     (Excluding unknown values) | **$612,185.92** | **$612,185.92** | | **$12,257,844.09** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.:    6 :09-15570 MH

Case Name:    1ST CENTENNIAL BANCORP

For Period Ending:    11/16/2017

Trustee Name:    (001390) Larry D. Simons

Date Filed (f) or Converted (c):    03/25/2009 (f)

§ 341(a) Meeting Date:    04/28/2009

Claims Bar Date:    08/03/2009

**Major Activities Affecting Case Closing:**

11/16/17 - October bank statement reviewed; all checks cleared; TDR filed
TFR Hearing - August 30 at 11:00 a.m.
STATUS AS OF 6/30/17:
TFR submitted to UST 6/30/17
Proposed 100% to priority claim and 24.88% distribution to unsecured claims
6/12/17: received tax clearance
Awaiting 60 days for tax clearance
4/24/17 - final estate returns signed by trustee and mailed
4/6/17 - Accountant filed extension and preparing returns. Will await tax clearance after returns filed, then file TFR. Request to OUST to extend ETFR to
8/31/17
TFR delayed due to FDIC tax return needed.  Estate accountant will need to file a consolidated return for 2016. FDIC will provide a proforma return for
2016 and proforma return for a portion of 2017.
STATUS AS OF 3/31/17:
1/24/17 - accountant working with FDIC to determine 2016 tax return (estate completing vs. FDIC filing consolidated returns); cannot close case until
this is determined
Awaiting Accountant to file final fee app; TFR to follow
1/4/17 - FTB filed amended claim
STATUS AS OF 12/31/16:
12/28/16 - FTB advised no audit; will amend claim to add $800 tax owed.
Accountant advised that FTB is auditing the 2014 return; estate may need to complete 2015 returns
11/17/16 -  notice to professionals; Court costs - $0.00
11/1/16 - Malpractice attorney filed final fee app ($17,950 fees and $0 expenses)
Accountant determining if final estate tax return required; will prepare TFR thereafter
10/22/16 - notice to professionals withdrawn
10/12/16 - notice to professionals to file application for compensation; Court costs - $0.00
Update from malpractice review - special counsel advised that given the amount of money left from bank's d & o insurance policy that prosecution of
malpractice claim did not make economic sense; provided letter to that effect
STATUS AS OF 6/30/16:
Special counsel continuing investigation of potential malpractice; once this is determined will proceed with malpractice claim, or TFR
INITIAL PROJECTED DATE - 4/9/16
Current ETFR - 3/25/17
STATUS AS OF 3/31/16:
3/23/16 - order granting application to employ Parker Mills LLP

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

| | |
|---|---|
| **Case No.:** 6 :09-15570 MH | **Trustee Name:** (001390) Larry D. Simons |
| **Case Name:** 1ST CENTENNIAL BANCORP | **Date Filed (f) or Converted (c):** 03/25/2009 (f) |
| | **§ 341(a) Meeting Date:** 04/28/2009 |
| **For Period Ending:** 11/16/2017 | **Claims Bar Date:** 08/03/2009 |

3/2/16 - order setting hearing on app to employ Parker Mills, LLP - March 9, 2016 at 11:00 a.m.
2/22/16 - trustee filed supplemental declaration in support of app to employ special counsel
Special counsel continuing to investigate potential malpractice; General counsel (SHB) was substituted out of case; trustee will be employing new general counsel (Levene Neale Bender Rankin & Brill LLP)
STATUS AS OF 12/31/15:
12/8/15 - order disallowing claim #3 in its entirety
11/20/15 - order granting motion to authorize interim distribution to creditors (Wells Fargo & US Bank)
11/17/15 - application to employ Parker Mills LLP as special counsel
11/10/15 - order approving Jones Day's first & final fee app
11/10/15 - order approving third interim app  for general counsel, SHB
11/5/15 - order on amended app to employ Jones Day as special litigation counsel
Proposed special counsel (Parker Mills) investigating potential malpractice claim
10/28/15 - court approved interim fee application for Shulman Hodges and final fee app for Jones Day
10/28/15 - motion to disallow claim #3 filed
10/28/15 Received Notice of Balance Due: State Franchise Tax Board.
10/26/15 - trustee filed motion to authorize interim distribution to creditors
10/26/15 - general counsel to draft motion to reclassify claim #3 as proof of interest
Awaiting 60-day tax clearance and Court ruling on Jones Day application.
STATUS AS OF 9/30/15:
9/25/15 - 3rd Interim application for compensation filed by general counsel (Shulman Hodges)
9/14/15 - 2014 estate tax returns signed and mailed by trustee
9/9/15 - hearing continued re: app to employ Jones Day 10 10/28/15 at 11:00 a.m.
8/27/15 - trustee filed reply to objection of HoldCo Advisors, L.P. to the amened application to employ Jones Day as Special Counsel
8/21/15 - Order continuing hearing on application to employ Jones Day as Special Litigation Counsel
8/1/15 - applicaton to employ Jones Day as special litigation counsel
7/15/15 - trustee notified FDIC that interest was not included in Chase account closing; will be withdrawing and remiting 75% or $720.80 to the FDIC-R
Trustee awaiting for legal malpractice attorney review of directors and officers policy to determine if estate has claim against general counsel
7/2/15 - tax refund account closed and monies transferred to estate account.  Monies disbursed to FDIC-R pursuant to settlement agreement
STATUS AS OF 6/30/15:
Dates for monies: 6/29/15 - Refund account closed & monies transferred to estate account; 7/2/15 - wire monies to FDIC-R
6/11/15 - Order on motion to approve compromise between bankruptcy estate and FDIC
6/4/15 - Order approving stipulation to continue hearing date of trustee's application to employ Jones Day as Special Litigation Counsel
The trustee and FDIC have executed a settlement agreement.  Trustee's counsel has prepared a draft of the motion to approve the settlement agreement.  Expect the motion to be filed before the end of April.  Upon Court approval of the motion case should be ready to close before the end of the year.
4/6/15 - Order approving stipulation to continue hearing on trustee's app to employ Jones Day as special litigation counsel

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

Case No.:   6 :09-15570 MH

Case Name:   1ST CENTENNIAL BANCORP

For Period Ending:   11/16/2017

Trustee Name:   (001390) Larry D. Simons

Date Filed (f) or Converted (c):   03/25/2009 (f)

§ 341(a) Meeting Date:   04/28/2009

Claims Bar Date:   08/03/2009

4/3/15 - Stipulation to continue the hearing of trustee's app to employ Jones Day as special litigation counsel
STATUS AS OF 12/31/15:
11/24/14 - Order approving stipulation to continue hearing on trustee's app to employ Jones Day as Special Litigation counsel
11/12/14 - Stipulation to continue hearing on app to employ Jones Day as Special Litigation Counsel
STATUS AS OF 9/30/14:
Hearing on application to employ special counsel continued to October 14,2014
9/30/14 - Order approving stipulation for allowance of Claim 7 by U.S. Bank National Association; for disallowance of Claim 7 by Financials Restructuring
9/27/14 - Order approving interim applications for compensation - Shulman & Hodges ($115,480.50 fees & $1,476.11 expenses) and Hahn Fife & Company ($97,137.50 & $780.60 expenses)
8/27/14 -  Order approving stipulation for use of estate funds to pay the estate's annual bond premiums filed
8/11/14 - Objection to app to employ Jones Day filed by FDIC, as Receiver for 1st Centennial Bancorp
7/28/14 - Application to employ Jones Day, as Special Litigation Counsel filed
STATUS AS OF 6/30/14:
Trustee in the process of employing special counsel to sue the FDIC in light of the 9th Cir decision in Indy Mac.
5/5/14 - Order continuing hearing for disallowing claims (Current Hearing Date: continued to mid Sept 2014 to allow parties to discuss possible settlement); if a settlement is reached, a motion for approval of the settlement will be filed.  It is estimated it will take approximately sixty (60) days to resolve pending claims objections.
3/10/14 - Year end tax return extension filed by accountant
1/28/14 - Motion to Disallow claims: Claim #7 (US Bank National Assoc. as Indenture Trustee) & Claim #8 (Financials Restructuring Partners III. Ltd.)
STATUS AS OF 12/31/13:
Awaiting ruling from 9th Circuit Court of Appeals in the IndyMac Bank case which has a parallel issue re: refunds being estate property.  Expect ruling prior to June 2014.  The FDIC has appealed Judge Bluebond's decision finding that tax refunds were property of the estate.  This estate has similar issues, therefore the best course of action is to allow the Ninth Circuit to rule.
5/15/13 - Order authorizing trustee to pay bond premium from estate account and for refund monies to remain at Chase Bank ($11,699,653.16).
5/14/13 - Bond transfered to Larry D. Simons, as Trustee; paid bond premium $11,725.000.00 (Case Bond for Chase Account); Rabobank funds covered under blanket bond
4/11/13 - Notice of Appointing Successor Trustee filed

Potential Assets :
- $11,000,000.00 of tax refunds (funds are currently held at Chase Bank until determination by Court that refunds are estate property; account held in trustee's name); Order dated August 18, 2010 approving stipulation re: establishment of bank account relating to tax refund claims
- Estate funds from a deposit account of the debtor in the amount of $612,185

PROFESSIONALS :
General Counsel - Shulman, Hodges & Bastian (12/16/15 - substituted out of case)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 5

**Case No.:**    6 :09-15570 MH

**Case Name:**    1ST CENTENNIAL BANCORP

**For Period Ending:**    11/16/2017

**Trustee Name:**    (001390) Larry D. Simons

**Date Filed (f) or Converted (c):**    03/25/2009 (f)

**§ 341(a) Meeting Date:**    04/28/2009

**Claims Bar Date:**    08/03/2009

Special Litigation Counsel - Jones Day
Special Counsel - Parker Mills LLP
Accountant - Don Fife, Hahn & Fife

LITIGATION:
N/A

TAX STATUS:
Final estate tax return clearance received 6/12/17
Tax clearance received - 11/29/16
9/9/15 - 2014 estate returns completed; State (FTB) taxes due $1,600 - to be paid as claim with TFR
3/10/14 - tax return extension filed
Accountant has filed tax returns and will continue to file yearly returns as necessary

CLAIMS:
Claims bar date - 8/3/09; Government claims bar date - 10/26/09
12/8/15 - order disallowing claim #3

**Initial Projected Date Of Final Report (TFR):**    04/09/2016    **Current Projected Date Of Final Report (TFR):**    06/28/2017 (Actual)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6 :09-15570 MH | |
| **Case Name:** | 1ST CENTENNIAL BANCORP | |
| **Taxpayer ID #:** | **-***5265 | |
| **For Period Ending:** | 11/16/2017 | |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/19/2013 | {1} | A. Cisneros, Trustee | Debtor: 1st Centennial Bancorp - Turnover of Estate Funds | 1129-000 | 518,959.71 | | 518,959.71 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.05 | 518,760.66 |
| 05/15/2013 | 101 | International Sureties, Ltd. | Premium payment for Bond # 016052355 | 2300-000 | | 11,725.00 | 507,035.66 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 767.09 | 506,268.57 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 679.64 | 505,588.93 |
| 07/08/2013 | {6} | Travelers | ICBA Dividend | 1290-000 | 3,267.24 | | 508,856.17 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 803.54 | 508,052.63 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 730.75 | 507,321.88 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 705.38 | 506,616.50 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 801.63 | 505,814.87 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 679.03 | 505,135.84 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 799.25 | 504,336.59 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6 :09-15570 MH | |
| **Case Name:** | 1ST CENTENNIAL BANCORP | |
| **Taxpayer ID #:** | **-***5265 | |
| **For Period Ending:** | 11/16/2017 | |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/27/2014 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2014 FOR CASE #6:09-15570, Bond # 016030867 | 2300-000 | | 753.89 | 503,582.70 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 749.59 | 502,833.11 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 675.21 | 502,157.90 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 698.20 | 501,459.70 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 769.42 | 500,690.28 |
| 05/02/2014 | 103 | INTERNATIONAL SURETIES, LTD | Bond #016052355 | 2300-000 | | 11,735.00 | 488,955.28 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 710.04 | 488,245.24 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 678.86 | 487,566.38 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 771.48 | 486,794.90 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.84 | 486,118.06 |

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6 :09-15570 MH | |
| **Case Name:** | 1ST CENTENNIAL BANCORP | |
| **Taxpayer ID #:** | **-***5265 | |
| **For Period Ending:** | 11/16/2017 | |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/2014 | 104 | Shulman Hodges & Bastian LLP | Order dated 9/24/14 for Interim Expenses | 3220-000 | | 1,476.11 | 484,641.95 |
| 09/29/2014 | 105 | Shulman Hodges & Bastian LLP | Order dated 9/24/14 for Interim Fees | 3210-000 | | 115,480.50 | 369,161.45 |
| 09/29/2014 | 106 | Donald T. Fife | Order dated 9/24/14 for Interim Acct Fees Apr 27, 2010-Aug 17, 2014 | 3410-000 | | 97,137.50 | 272,023.95 |
| 09/29/2014 | 107 | Donald T. Fife | Order dated 9/24/14 for Interim Acct Exp Apr 27, 2010-Aug 17, 2014 | 3420-000 | | 780.60 | 271,243.35 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 745.82 | 270,497.53 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 447.24 | 270,050.29 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.58 | 269,700.71 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 439.66 | 269,261.05 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 387.29 | 268,873.76 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 360.95 | 268,512.81 |
| 03/12/2015 | 108 | INTERNATIONAL SURETIES, LTD | Bond #016052355 | 2300-000 | | 11,760.00 | 256,752.81 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 6 :09-15570 MH |
| **Case Name:** | 1ST CENTENNIAL BANCORP |
| **Taxpayer ID #:** | **-***5265 |
| **For Period Ending:** | 11/16/2017 |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.58 | 256,344.23 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 368.71 | 255,975.52 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.90 | 255,619.62 |
| 06/29/2015 | {7} | Larry D. Simons, Chapter 7 Trustee 1st Centennial Bancorp | Funds held at Chase Bank pursuant to stipulation with FDIC | 1124-000 | 100.00 | | 255,719.62 |
| 06/29/2015 | {7} | Larry D. Simons, Chapter 7 Trustee 1st Centennial Bancorp | Funds held at Chase Bank pursuant to stipulation with FDIC | 1124-000 | 11,734,556.08 | | 11,990,275.70 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 392.18 | 11,989,883.52 |
| 07/02/2015 | | | Tax Refund Account | 7200-000 | | 8,513,097.25 | 3,476,786.27 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,972.60 | 3,473,813.67 |
| 08/12/2015 | 109 | INTERNATIONAL SURETIES, LTD | Bond #016030867 | 2300-000 | | 73.82 | 3,473,739.85 |
| 08/18/2015 | {7} | Larry D. Simons, Chapter 7 Trustee | Funds held at Chase Bank pursuant to stipulation with FDIC | 1124-000 | 961.06 | | 3,474,700.91 |
| 08/18/2015 | 110 | FDIC Receiver for First Centennial Bank | Tax Refund Account | 5900-000 | | 720.80 | 3,473,980.11 |

{} Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**          ! - transaction has not been cleared

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6 :09-15570 MH | |
| **Case Name:** | 1ST CENTENNIAL BANCORP | |
| **Taxpayer ID #:** | **-***5265 | |
| **For Period Ending:** | 11/16/2017 | |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,780.82 | 3,471,199.29 |
| 09/21/2015 | | INTERNATIONAL SURETIES, LTD | Refund from International Sureties, LTD - bond payment. | 2300-000 | | -177.91 | 3,471,377.20 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 3,068.49 | 3,468,308.71 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,876.71 | 3,465,432.00 |
| 11/04/2015 | 111 | INTERNATIONAL SURETIES | Bond Number 016030867 Effective 9/28/15 | 2300-000 | | 430.39 | 3,465,001.61 |
| 11/13/2015 | 112 | Shulman Hodges & Bastian LLP | Dividend paid 100.00% on $832.23 \| Claim # Gen Counsel Exp \| Filed: $832.23 | 3220-000 | | 832.23 | 3,464,169.38 |
| 11/13/2015 | 113 | Shulman Hodges & Bastian LLP | Dividend paid 100.00% on $124,737.50 \| Claim # Gen Counsel Fees \| Filed: $124,737.50 | 3210-000 | | 124,737.50 | 3,339,431.88 |
| 11/13/2015 | 114 | Jones Day | Dividend paid 100.00% on $3,897.76 \| Claim # Special Coun Exp \| Filed: $3,897.76 | 3220-610 | | 3,897.76 | 3,335,534.12 |

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6 :09-15570 MH | |
| **Case Name:** | 1ST CENTENNIAL BANCORP | |
| **Taxpayer ID #:** | **-***5265 | |
| **For Period Ending:** | 11/16/2017 | |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/13/2015 | 115 | Jones Day | Dividend paid 100.00% on $285,000.00 \| Claim # Special Counsel \| Filed: $285,000.00 | 3210-600 | | 285,000.00 | 3,050,534.12 |
| 11/23/2015 | 116 | Wells Fargo Bank, National Association C/O Potter Anderson & Corroon, LLP | Dividend paid 100.00% on $948,720.25 \| Claim # 2 \| Filed: $7,229,651.82 | 7100-000 | | 948,720.25 | 2,101,813.87 |
| 11/23/2015 | 117 | US Bank National Assoc Attn James h Byrnes | Dividend paid 100.00% on $477,926.75 \| Claim # 7 \| Filed: $3,104,929.46 | 7100-000 | | 477,926.75 | 1,623,887.12 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,780.82 | 1,621,106.30 |
| 12/22/2015 | | Global Surety LLC | Refund of portion of individual case bond. Ch 7 Bond #016052355 | 2300-000 | | -6,150.00 | 1,627,256.30 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,785.54 | 1,624,470.76 |
| 01/13/2016 | 118 | INTERNATIONAL SURETIES, LTD | Blanket Bond | 2300-000 | | 1,012.99 | 1,623,457.77 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,252.57 | 1,621,205.20 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,247.98 | 1,618,957.22 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 6 :09-15570 MH | |
| **Case Name:** | 1ST CENTENNIAL BANCORP | |
| **Taxpayer ID #:** | **-***5265 | |
| **For Period Ending:** | 11/16/2017 | |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,554.82 | 1,616,402.40 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,241.32 | 1,614,161.08 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,238.21 | 1,611,922.87 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,543.72 | 1,609,379.15 |
| 07/21/2016 | 119 | INTERNATIONAL SURETIES, LTD | Blanket Bond #016030867 1/4/16 to 1/4/17 | 2300-000 | | 106.47 | 1,609,272.68 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,231.56 | 1,607,041.12 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,535.69 | 1,604,505.43 |
| 09/12/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -2,535.69 | 1,607,041.12 |
| 01/24/2017 | 120 | INTERNATIONAL SURETIES, LTD | Blanket Bond Number 016030867 effective 1/17/17 | 2300-000 | | 703.52 | 1,606,337.60 |
| 09/01/2017 | 121 | Hahn Fife & Company, LLP | Distribution payment - Dividend paid at 100.00% of $628.80; Claim # ACCT EXP; Filed: $628.80 | 3420-000 | | 628.80 | 1,605,708.80 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 8

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 6 :09-15570 MH |
| **Case Name:** | 1ST CENTENNIAL BANCORP |
| **Taxpayer ID #:** | **-***5265 |
| **For Period Ending:** | 11/16/2017 |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/01/2017 | 122 | Hahn Fife & Company, LLP | Distribution payment - Dividend paid at 100.00% of $34,481.50; Claim # ACCT FEES; Filed: $34,481.50 | 3410-000 | | 34,481.50 | 1,571,227.30 |
| 09/01/2017 | 123 | Larry D. Simons | Distribution payment - Dividend paid at 100.00% of $216,897.30; Claim # FEE; Filed: $216,897.30 | 2100-000 | | 216,897.30 | 1,354,330.00 |
| 09/01/2017 | 124 | Shulman Hodges & Bastian LLP | Distribution payment - Dividend paid at 15.81% of $988.55; Claim # Gen Counsel Exp; Filed: $988.55 | 3220-000 | | 156.32 | 1,354,173.68 |
| 09/01/2017 | 125 | Shulman Hodges & Bastian LLP | Distribution payment - Dividend paid at 3.60% of $129,402.50; Claim # Gen Counsel Fees; Filed: $129,402.50 | 3210-000 | | 4,665.00 | 1,349,508.68 |
| 09/01/2017 | 126 | Parker Mills LLP | Distribution payment - Dividend paid at 100.00% of $17,950.00; Claim # SP COUNSEL FEES; Filed: $17,950.00 | 3210-600 | | 17,950.00 | 1,331,558.68 |
| 09/01/2017 | 127 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $1,600.00; Claim # TAXES; Filed: $1,600.00 | 2820-000 | | 1,600.00 | 1,329,958.68 |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                                                                 ! - transaction has not been cleared

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 6 :09-15570 MH |
| **Case Name:** | 1ST CENTENNIAL BANCORP |
| **Taxpayer ID #:** | **-***5265 |
| **For Period Ending:** | 11/16/2017 |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/01/2017 | 128 | Larry D. Simons | Distribution payment - Dividend paid at 100.00% of $495.00; Claim # TE; Filed: $495.00 | 2200-000 | | 495.00 | 1,329,463.68 |
| 09/01/2017 | 129 | Arturo Cisneros | Distribution payment - Dividend paid at 100.00% of $174,088.02; Claim # TTEE COMP; Filed: $174,374.00 | 2100-000 | | 174,088.02 | 1,155,375.66 |
| 09/01/2017 | 130 | Arturo Cisneros | Distribution payment - Dividend paid at 100.00% of $387.64; Claim # TTEE EXP; Filed: $387.64 | 2200-000 | | 387.64 | 1,154,988.02 |
| 09/01/2017 | 131 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $8,199.31; Claim # 6-6; Filed: $8,199.31 | 2990-000 | | 8,199.31 | 1,146,788.71 |
| 09/01/2017 | 132 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $1,653.02; Claim # 4; Filed: $1,653.02 | 5800-000 | | 1,653.02 | 1,145,135.69 |
| 09/01/2017 | 133 | LA County Treasurer and Tax Collector | Distribution payment - Dividend paid at 24.88% of $2,008.26; Claim # 1; Filed: $2,008.26 | 7100-000 | | 499.66 | 1,144,636.03 |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 10

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 6 :09-15570 MH |
| **Case Name:** | 1ST CENTENNIAL BANCORP |
| **Taxpayer ID #:** | **-***5265 |
| **For Period Ending:** | 11/16/2017 |

| | |
|---|---|
| **Trustee Name:** | Larry D. Simons (001390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/01/2017 | 134 | Wells Fargo Bank, National Association C/O Potter Anderson & Corroon, LLP | Distribution payment - Dividend paid at 11.76% of $7,229,651.82; Claim # 2; Filed: $7,229,651.82 | 7100-000 | | 850,036.89 | 294,599.14 |
| 09/01/2017 | 135 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 24.89% of $44.00; Claim # 4-U; Filed: $44.00 | 7100-000 | | 10.95 | 294,588.19 |
| 09/01/2017 | 136 | US Bank National Assoc Attn James h Byrnes | Distribution payment - Dividend paid at 9.49% of $3,104,929.46; Claim # 7; Filed: $3,104,929.46 | 7100-000 | | 294,588.19 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 12,257,844.09 | 12,257,844.09 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 12,257,844.09 | 12,257,844.09 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,257,844.09** | **$12,257,844.09** | |

Exhibit 9
Page:  11

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6 :09-15570 MH | **Trustee Name:** | Larry D. Simons (001390) |
| **Case Name:** | 1ST CENTENNIAL BANCORP | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5265 | **Account #:** | ******7766 Checking Account |
| **For Period Ending:** | 11/16/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7766 Checking Account | $12,257,844.09 | $12,257,844.09 | $0.00 |
| | **$12,257,844.09** | **$12,257,844.09** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)